```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-31-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MITCHELL,

                Plaintiff,

      v.

LEBRON JAMES,

                Defendant.

No. 20-CV-2374 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 17, 2020, Plaintiff Steven Mitchell filed this action against Defendants LeBron James, Uninterrupted Digital Ventures, LLC, and LRMR Ventures, LLC. Dkt. 1. On July 13, 2020, Defendants Uninterrupted Digital Ventures, LLC, and LRMR Ventures, LLC were voluntarily dismissed from the case without prejudice. Dkt. 19. On August 10, 2020, Defendant LeBron James filed a motion to transfer the case to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a), Dkt. 29, and on August 27, 2020, Plaintiff filed a "notice of consent to transfer case," consenting to Defendant's motion to transfer this action to the Central District of California, Dkt. 33. Accordingly, on consent of the parties, this action is hereby transferred to the United States District Court for the Central District of California. The Clerk of Court is respectfully directed to initiate the transfer and terminate the motion pending at Dkt. 29.

SO ORDERED.

Dated:    August 31, 2020
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge